IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>vs.<br>Devina Rose Cook,<br>    Defendant. | 15-04048MJ-001-PCT-JZB<br><br>**AMENDED ORDER** |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing was submitted by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of her supervised release as alleged in the petition.

IT IS ORDERED that the defendant is detained as a flight risk and a danger, pendng further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show by clear and convincing evidence that she is not a flight risk or a danger.

DATED this 14th day of January, 2016.

_____
JOHN A. BUTTRICK
United States Magistrate Judge