**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Devina Rose Cook,<br><br>　　　　Defendant. | 15-04048MJ-001-PCT-JAB<br><br>**ORDER** |

　　　　The defendant appeared in court and admitted to violating his/her conditions of supervised released as alleged in Paragraph B and C of the Petition to Revoke Supervised Release.

　　　　IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

　　　　IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SIXTY (60) DAYS**, with credit for time served.

　　　　IT IS FURTHER ORDERED that Paragraph A is DISMISSED.

　　　　DATED this 19th day of February, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　John A. Buttrick
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge